**Exhibit A to the Complaint**

**Location:** York, PA  
**Total Works Infringed:** 41  
**IP Address:** 71.207.18.194  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 09-09-2021 23:36:52 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |
| 2 | Info Hash: 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36<br>File Hash: 3954CD69773DA875F67C129965A028CC69868B630CEF7F65279EEC4C3A017EC9 | 09-09-2021 23:31:47 | Tushy | 09-03-2019 | 09-13-2019 | PA0002200699 |
| 3 | Info Hash: D6F3FFA6EB1BA85FADEF127DB2A976644B86215E<br>File Hash: AF429EA77B937D8BC2CD61AEE93B89B31E922AF79CAA0E869C9BA29154921707 | 09-09-2021 23:31:01 | Tushy | 10-13-2018 | 11-01-2018 | PA0002143435 |
| 4 | Info Hash: 3AC0944A1FB51B3369128FC03A1BCAF8FEED89A0<br>File Hash: FAC56AB74DDC99B300857B3CB9E9C355DF6C33C6952257C2E61D240D3946CC74 | 09-09-2021 23:27:24 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 5 | Info Hash: 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44<br>File Hash: A32388956F651267AF522E07EFE00B62EF01442B2652F8C5895F808AC7266FD3 | 09-09-2021 23:26:31 | Tushy | 01-11-2018 | 01-24-2018 | PA0002101766 |
| 6 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 09-09-2021 23:25:03 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 7 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 09-09-2021 23:24:21 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 8 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 09-09-2021 23:24:12 | Tushy | 11-17-2017 | 01-04-2018 | PA0002069336 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E0F1BC7E785756A97F01B8CF4597A6728B835F9B<br>File Hash: 98CC1F8D4C7B7FE25CFDFB6C06141B45EB696DB0FEAB6E9BC569313AF8AAEF58 | 09-09-2021 23:23:13 | Tushy | 10-28-2018 | 12-10-2018 | PA0002145831 |
| 10 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash: A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 09-09-2021 23:22:42 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |
| 11 | Info Hash: 4D050B921ABD1BCB699D05BD3493149F8E7BB210<br>File Hash: 7DFD5CA2BB2007F1362E48819AB4B61F5F42BC4F0C77DE1B458517DBDB51CDC1 | 09-09-2021 23:22:25 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 12 | Info Hash: F4AA138039846AD2D2205FAA3036CD827E520187<br>File Hash: AFDAACE2024614C93795201F8B4D398299EE012E284D827F483FAA25007B31CD | 09-09-2021 23:20:34 | Tushy | 10-18-2017 | 11-30-2017 | PA0002098004 |
| 13 | Info Hash: FF487258F6D9E2E846445A223A569DF217B200E8<br>File Hash: B16CC40704C8777313159AF09453C1228654A5E6AAEE05E06CA2EE871A8BB6C2 | 09-09-2021 23:20:22 | Tushy | 04-01-2018 | 04-17-2018 | PA0002116061 |
| 14 | Info Hash: EC1F45D8E0310C8667366DE15B9D9451BAE08610<br>File Hash: BFA2B5817CFB070B2192B891C8F67D0824A8DD3EBB238766300D9610712F4F00 | 09-09-2021 23:19:26 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 15 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 09-09-2021 23:18:58 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 16 | Info Hash: 72B0F1168786EE85BDFE7815FEE833ACB0611C68<br>File Hash: E615313D9ECE13DD904034EABC5993D67BA8135F472E59E4DC2D4E51BBFD0770 | 09-09-2021 23:17:23 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 17 | Info Hash: 9F78A2F5EED40C498ABE733F0B017BEB99482A1E<br>File Hash: 96531365AA131996331F8E2EDCD2D43ABDD4A7DFB4A1E53244F6C5B8A7A94299 | 09-09-2021 23:14:23 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F7597C8E6D2E91D7740558BA1158A44EE5FF5AB2<br>File Hash: D6DB6AFD8199124A700E5125FB23511002837D7EBDC9A2FA01358D8EABC38D6B | 09-09-2021 23:13:34 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 19 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 09-09-2021 23:13:17 | Tushy | 08-14-2017 | 08-17-2017 | PA0002048391 |
| 20 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 09-09-2021 23:12:27 | Tushy | 05-11-2018 | 05-24-2018 | PA0002101379 |
| 21 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 09-09-2021 23:12:09 | Tushy | 05-21-2018 | 07-14-2018 | PA0002131769 |
| 22 | Info Hash: 1A8DCF0C152304F2BB246BDB17F0F9BF1AF0A33F<br>File Hash: 87E07A405D15190CACF4C8AFA342BFB1677B86EBD7E48AF6A36013DE4CB7A190 | 09-09-2021 23:11:33 | Tushy | 11-22-2020 | 11-30-2020 | PA0002266355 |
| 23 | Info Hash: 8F45D583B36DC71140A38B289CE0AC68E193AF62<br>File Hash: 6DC4660CCABA32776470F1C7621A4FA83AA6F282968245CF653CA5D40FFB44EE | 09-09-2021 23:11:12 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 24 | Info Hash: D8CC6A6F0DF7DE99DDC5578221F7EC1AD4AC5EEF<br>File Hash: 65AE39881C3A823068E1F574C4C80C562AEB52A9CF86F284D76BD8B8B2B19C5A | 09-09-2021 23:09:59 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 25 | Info Hash: F3F087DCDFA5D20721A65D7EAAA2D8955421ED92<br>File Hash: 412FE00B200D611464BCDA82C3B416C399517FD0EC475109A6EA71031293FA71 | 09-09-2021 23:09:40 | Tushy | 09-28-2017 | 10-10-2017 | PA0002086160 |
| 26 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09-09-2021 23:09:21 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 7BF81F64765F29E4422A43F4A24C7785E7FBB612<br>File Hash: 670F9C3A0C7F206BF7AA56F3C977AA5B9E37A6EBED8DCBA9A06ED2BDC1085A27 | 09-09-2021 23:09:18 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 28 | Info Hash: 47CE723D84C0A2028A53B98FE9431C963A280E54<br>File Hash: 3B4131F8980F5B1897C386893963773E40C3EEECE0EF9820C958D8248BE7E58C | 09-09-2021 23:08:23 | Tushy | 02-25-2018 | 03-01-2018 | PA0002079188 |
| 29 | Info Hash: 19E4236FF95EA20CDE7DF4BDC34791D6794DD54C<br>File Hash: 3138D4CE725CF2BE490032BC715845F9C75FDE18A5667958C983C0E01FD6AB54 | 09-09-2021 23:08:10 | Tushy | 06-20-2017 | 07-07-2017 | PA0002070816 |
| 30 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 09-09-2021 23:07:13 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 31 | Info Hash: 4933F704F6A8670559941C0CFB3053BC067C02AA<br>File Hash: 2D8C472B3A98AE22DFDD842BAE5BADDABCC0E35D9462A69D31C7DF5F8BF897C4 | 09-09-2021 23:05:21 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 32 | Info Hash: AEA2A54A10B734C86EA9A7997223B49989896BE2<br>File Hash: 41041503E1C182A4AAAF199D41D54B74439B9907271000EF4C8CEF9F1DE3998C | 09-09-2021 23:05:21 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 33 | Info Hash: DF69958C306D33C853C372E8FD6737C9ECD193BF<br>File Hash: 442009CCC90A7804AFDAB90563714417C47F5249D1374546A101A1ABBE5ACD6B | 09-09-2021 23:03:32 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 34 | Info Hash: CA55EE0549539116BEEB98AFBC236DD49DC9DF63<br>File Hash: A5B3FE18786A566C886E2F259B85D1484B4D7BD0E2FD6499304446DFAEF2DB6A | 09-09-2021 23:03:03 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 35 | Info Hash: 4B9A8463F0FBAAEB3D89398BD2E72F6762E3A2E6<br>File Hash: 2A432F4B2985F283FDB6A3F28DCB67E189DF5FD6A6A609EFA7A572FA356D191C | 09-09-2021 23:02:35 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 09-09-2021 23:01:36 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 37 | Info Hash: 27338B5E987C3D802911ADA3ED99200789C6555E<br>File Hash: 82B975CC4D154F94341E7840D7EB9DC0068FD664145CF2A3B9248EB22670B654 | 09-09-2021 23:01:13 | Tushy | 06-13-2021 | 06-24-2021 | PA0002303160 |
| 38 | Info Hash: 62ACA149C6B57C1E99DB16874F88AB34F0362043<br>File Hash: C55B9DF5D9927E627D8DA3FF901161D78E8CA5DE1685498AA7B4D5B485FE4E7F | 09-09-2021 23:00:10 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 39 | Info Hash: 2633CD97981B90290A6B07878DB24E95843051FD<br>File Hash: 12BFDB30AB4F19B7B4077D5B64A15D8A0C2A2F8AB5C3A0E5D9212F62656E8838 | 07-01-2021 20:19:57 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 40 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 05-13-2021 15:54:36 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 41 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-13-2021 14:53:04 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |